Eastern District of Kentucky
FILED
NOV 07 2018
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# at LEXINGTON

Civil Action No. 17-458-HRW

JULIE PATTERSON,                      PLAINTIFF,

## JUDGMENT

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL SECURITY,      DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.     pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B.     the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

C.     this action is **STRICKEN** from the active docket of the Court.

This _7th_ day of November, 2018.

Signed By:
*Henry R. Wilhoit, Jr.*
**United States District Judge**